UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERNESTO BAUTISTA BALUYOT,

Defendant.

Case No. 6:26-MJ-00027-HBK-1

ORDER SETTING CASE MANAGEMENT AND PRETRIAL-MOTION DEADLINES

Defendant appeared for a second status conference on 11/24/2026. The Court set this case for a third status conference for 1/12/2027, at 10:00 a.m. in Yosemite. The following deadlines apply:

**1. Rule 12 motions.** The government confirmed it completed its initial Rule 16 production. Within 21 days of this Order, Defendant shall file all then-reasonably-available motions that must be made before trial under Federal Rule of Criminal Procedure 12(b)(3), including motions to:

- suppress evidence;
- dismiss the complaint, information, or violation;
- challenge the institution of the prosecution or a defect in the charging document; or
- obtain discovery or other pretrial relief.

**2. Supplemental motions.** A motion based on material first disclosed after the

government's substantial initial Rule 16 production shall be filed within 14 calendar days after disclosure, absent further order or a showing of good cause.

**3. Motion procedure.** Except as modified herein, all motions must comply with Federal Rules of Criminal Procedure 12, 16, 45, and 47; Local Rule 430.1. Any opposition is due within 14 days after the motion is filed. Any reply is due within 7 days after the opposition is filed.

**4. Evidentiary hearings.** A party requesting an evidentiary hearing must do so expressly in its moving or responding papers. The party must identify the material factual issues requiring a hearing, anticipated witnesses to the extent practicable, and a good-faith estimate of time needed for evidence and argument.

**5. Discovery disputes.** Before presenting a discovery dispute to the Court, counsel shall meet and confer. If the dispute remains unresolved, the parties shall promptly request a status conference.

**6. Trial-related dates.** The Court will set a trial confirmation hearing, trial date, and related deadlines at the next status conference.

IT IS SO ORDERED.

Dated: November 25, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE